AO 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
OCT 14 2005
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# UNITED STATES DISTRICT COURT

## District of Minnesota

UNITED STATES OF AMERICA

## WARRANT FOR ARREST

V.

CASE NUMBER: **00-CV-111 (DSD/JSM)**

Bruce Amos

0541-0204-0596-F

JAN 3 10 30 AM '05

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Bruce Amos
1527 Morgan Avenue North
Minneapolis, MN 55411

and bring him or her forthwith to the nearest Magistrate Judge for failure to appear for debtors examination.

Ordered by: J. Earl Cudd, United States District Court Magistrate Judge.

December 29, 2004 at Duluth, MN

s/Jenny Beck

(By) Jenny Beck, Deputy Clerk

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ____________________ Date of Arrest: ____________________

Name and Title of Arresting Officer Signature of Arresting Officer

DATE 4-27-05
RETURNED UNEXECUTED Dismissed
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY [signature]

SCANNED
OCT 17 2005
U.S. DISTRICT COURT ST. PAUL